UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARI GANGI NABATI, an individual, GOLDEN AGE INVESTMENTS, LLC, California limited liability company,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>TRISURA SPECIALTY INSURANCE COMPANY, an entity of unknown nature, and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | No. 2:21-cv-05887-JAK-PVC<br><br>**ORDER RE JOINT MOTION FOR DISMISSAL OF ACTION (WITHOUT PREJUDICE) (DKT. 13)**<br><br>JS-6 |

　　　　Based on a review of the parties' Joint Motion for Dismissal of Action (Without Prejudice) (the "Motion" (Dkt. 13)), sufficient good cause has been shown for the requested relief. Therefore, the Motion is **GRANTED.** Pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action is dismissed in its entirety, without prejudice, with each party bearing his or its own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: October   1   , 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　John A. Kronstadt
　　　　　　　　　　　　　　　　　　　　　United States District Judge